|  |
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |
| 28 |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PEJMAN MOHAJER,<br><br>Defendant. | Case No. 2:23-cr-00228-RGK<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

    On July 5, 2024, Defendant Pejman Mojader made his initial on the petition for revocation of supervised release and warrant for arrest issued on March 7, 2024. The Federal Public Defender's Office, by DFPD Michael Brown II, was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Joshua Lee. A contested detention hearing was held.

    Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

The allegations in the Petition, including that Mr. Mohajer did not complete the residential treatment program in which he was placed, did not update his address with his Probation Officer when he left the program, and thereafter did not make any contact with his Probation Officer for several months.

B.  ☐  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

Given the finding with respect to non-appearance, the Court declines to make any finding with respect to danger to the community.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: July 5, 2024

/s/
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE